UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | ORDER SETTING HEARING(S) AND ORDER OF TEMPORARY DETENTION PURSUANT TO BAIL REFORM ACT |
| v. | § § § § § | CASE NO:   5:19-MJ-00123-BQ-1 |
| WILLIAM PATRICK WILLIAMS | § | |

## ORDER

Upon motion of the United States of America, it is **ORDERED** that the government's request for a three day continuance on its Motion to Detain is **GRANTED**, and that the:

    ___ Arraignment Hearing

    ___ Detention Hearing

    ___ Identity Hearing

    _X_ Preliminary Hearing and Detention Hearing

    ___ Detention Hearing and Arraignment

are set for **Wednesday, August 7, 2019, at 9:30 a.m.** before United States Magistrate Judge D. Gordon Bryant, Jr., 1205 Texas Avenue, 2nd floor, Room 214, Lubbock, Texas.

Pending the hearing(s), the Defendant is remanded to and shall be held in custody of the United States Marshal and produced for the hearing(s).

**DATED**: August 2, 2019.

                                                    D. GORDON BRYANT, JR.
                                                    UNITED STATES MAGISTRATE JUDGE